# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VERIFIRE NETWORK SOLUTIONS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ADTRAN, INC.,**<br><br>    Defendant. | Case No. 2:15-cv-927 |
| **VERIFIRE NETWORK SOLUTIONS, LLC,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**HILLSTONE NETWORKS CORP.,**<br><br>    **Defendant.** | Case No. 2:15-cv-937 |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF VERIFIRE AND DEFENDANT HILLSTONE

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims between VeriFire Network Solutions, LLC ("VeriFire") and Defendant Hillstone Networks Corp. ("Hillstone"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Plaintiff VeriFire against Defendant Hillstone are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 30th day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE